ILND 450 (Rev. 10/13) : Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Those Characters from Cleveland, LLC ,

Plaintiff(s),

v.

CHENQIxiaodian, et al.,

Defendant(s).

Case No.  21 C 1517

Judge Gary Feinerman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐      in favor of plaintiff(s)
and against defendant(s)
in the amount of $      ,

     which ☐ includes      pre–judgment interest.
                ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐      in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒      other: Judgment is entered in favor of Plaintiff Those Characters from Cleveland, LLC., and against Defendants CHENQIxiaodian, et al. in the amount of $100,000.00 per Defendant.  Injunctive relief issues as well.

---

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Gary Feinerman on a motion.

Date:    8/26/2021            Thomas G. Bruton, Clerk of Court

                                      /s/ Jackie Deanes , Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| THOSE CHARACTERS FROM CLEVELAND, LLC., | ) |
| | ) Case No.: 21-cv-1517 |
| Plaintiff, | ) |
| | ) Judge Gary Feinerman |
| v. | ) |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, | ) |
| LIMITED LIABILITY COMPANIES, PARTNERSHIPS | ) |
| AND UNINCORPORATED ASSOCIATIONS | ) |
| IDENTIFIED ON SCHEDULE A HERETO, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT ORDER**

IT IS HEREBY ORDERED THAT judgment is entered in favor of Plaintiff THOSE CHARACTERS FROM CLEVELAND, LLC. and against all defendants identified in the attached Amended Schedule A who have not otherwise been dismissed from this action (the "Defaulting Defendants").

THIS COURT FINDS that Defaulting Defendants have sold products bearing counterfeit versions of the THOSE CHARACTERS FROM CLEVELAND, LLC. trademark registration Nos. 4,7875,19; 5,8749,43; 3,336,078; 4,602,800; 1,270,509; 1,773,296; 3,767,824; 1,773,296; 1,294,343 and 1,780,477 and U.S. Copyright Reg. Nos. VA 1-824-810 and VA 1-982-408 (the "CARE BEARS Trademarks and Copyrights").

Accordingly, IT IS FURTHER ORDERED that:

1.      Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

a.   using the CARE BEARS Trademarks and Copyrights or any reproductions,

counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine CARE BEARS Product or is not authorized by Plaintiff to be sold in connection with the CARE BEARS Trademarks and Copyrights;

b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine CARE BEARS Product or any other product produced by Plaintiff, that is not Plaintiff's or is not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the CARE BEARS Trademarks and Copyrights;

c.  committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d.  further infringing the CARE BEARS Trademarks and Copyrights and damaging Plaintiff's goodwill;

e.  shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of the CARE BEARS Trademarks and Copyrights or any reproductions, counterfeit copies or colorable imitations thereof;

f.  using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts that are being used to sell or are the means by which Defaulting Defendants could continue to sell Counterfeit or Infringing Products; and

g.  operating and/or hosting websites operated by Defaulting Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the CARE BEARS Trademarks and Copyrights or any reproduction, counterfeit copies

or colorable imitations thereof that are not a genuine CARE BEARS Product or are not authorized by Plaintiff to be sold in connection with the CARE BEARS Trademarks or Copyrights.

2.      Under 15 U.S.C. § 1117(c)(2) and 17 U.S.C. § 504(c), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful use of counterfeit CARE BEARS Trademarks and Copyrights in connection with products sold through at least the Defendant Internet Stores.

3.      Aliexpress and Alipay shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, identified in Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

4.      All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by Aliexpress and Alipay, are hereby released to Plaintiff as partial payment of the above-identified damages, and Aliexpress and Alipay are ordered to release to Plaintiff the amounts from Defaulting Defendants' Aliexpress and Alipay accounts within ten (10) business days of receipt of this Order.

5.      Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Aliexpress and Alipay if any new Aliexpress and Alipay accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Aliexpress and Alipay shall within five (5) business days:

a.    Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites, including, but not limited to, any Aliexpress and Alipay accounts;

3

b.   Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

c.   Release all monies restrained in Defaulting Defendants' Aliexpress and Alipay accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

6.   Amazon shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, identified in Amended Schedule A, from transferring or disposing of any money or other of Defaulting Defendants' assets.

7.   All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by Amazon, are hereby released to Plaintiff as partial payment of the above-identified damages, and Amazon is ordered to release to Plaintiff the amounts from Defaulting Defendants' Amazon accounts within ten (10) business days of receipt of this Order.

8.   Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Amazon if any new Amazon accounts controlled or operated by Defaulting Defendants are identified.  Upon receipt of this Order, Amazon shall within five (5) business days:

a.   Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites, including, but not limited to, any Amazon accounts;

b.   Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

c.   Release all monies restrained in Defaulting Defendants' Amazon accounts to

4

Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

9.     If Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 1 to the Declaration of Sean Gorman and any e-mail addresses provided for Defaulting Defendants by third parties.

10.     The ten-thousand dollar ($10,000) surety bond posted by Plaintiff is hereby released to counsel of record for Plaintiff, Michael A. Hierl of Hughes Socol Piers Resnick & Dym, Ltd. at Three First National Plaza, 70 W. Madison Street, Suite 4000, Chicago, IL 60602.

11.     This is a Final Judgment.

This is a Final Judgment. Dated: 8/26/2021

_____
The Honorable Gary Feinerman
United States District Judge

## AMENDED SCHEDULE A

| Doe | Seller Name |
|-----|-------------|
| 1 | CHENQIxiaodian |
| 3 | dyslewhue |
| 4 | Gerkngeeer CYAN |
| 5 | I'dRatherBe |
| 6 | JFtees |
| 7 | jingleikuajingdianzishangwu |
| 8 | Joshua G McClinton |
| 10 | taikangxianchenweibaihuoshangxing |
| 11 | William V Matheny |
| 12 | Yaomiao Rong |
| 13 | Shop911134047 Store |
| 14 | Shop911422024 Store |
| 15 | ACACN |
| 16 | Akita Global |
| 17 | AMELIE LLOYD |
| 18 | AmeMado |
| 19 | AnQiuShiHangHuiQiYeGuanLiFuWuZhongXin |
| 20 | Aurorario |
| 21 | BaiQuanXianAoJiaoTuShuShangHang |
| 22 | baishengshangmao1 |
| 23 | Binghhi |
| 24 | BinZhouQingYuanXiaoShangMaoYouXianGongSi |
| 25 | Boristher |
| 27 | Cellyheby |
| 28 | cellyzed |
| 29 | chenbingwangluo |
| 30 | chengxiangshangmao1 |
| 31 | chengyaomaoyi |
| 32 | ChenShengYa |
| 33 | ChongYangXianFengNanBaiHuoDian |
| 35 | ChuH |
| 36 | Cloud 9 Studio |
| 37 | Comic Party |
| 38 | Corina R Rodriguez |
| 39 | coughsbbiir |
| 40 | Crazy M Store |
| 41 | datangmenye |
| 42 | DaTongShiLinYiKeJiYouXianGongSi |
| 43 | Denise E Skinner |
| 44 | deyuecolt |
| 45 | DingZhongXing |

6

| 46 | DLTYXME6 |
| 47 | dongshuhongus |
| 48 | dongyingquluyabaihuoshanghang |
| 49 | Dortmundo |
| 50 | doven |
| 51 | dsgrsghbr |
| 52 | dxgdfhytjh |
| 53 | e-chip |
| 56 | enYangSh |
| 57 | Fantasy Switch |
| 58 | FFAD |
| 59 | Find My Way |
| 60 | FKSGOD |
| 61 | Flex-Store9x |
| 62 | fuyushangmao15 |
| 63 | gaojiemuye |
| 64 | geo-metry |
| 65 | guangjinshangmao0 |
| 66 | guangzhouxuelongmaoyiyouxiangongsi |
| 66 | guangzhouxuelongmaoyiyouxiangongsi |
| 67 | guoduanxinxikeji |
| 68 | Hangdi-US |
| 70 | HappyPotato |
| 71 | Heze Anl |
| 72 | HideItAway |
| 73 | Hong Yu1 |
| 74 | htdfgdrg |
| 75 | huayingshangmao111 |
| 76 | ISAKIBERY |
| 77 | Jamie M Smalls |
| 78 | Janet P Fish |
| 79 | JiNaJiaYouYiBaoShangMaoYouXianGongSi |
| 80 | jinlushangmao1 |
| 81 | jinshidashangmao1 |
| 82 | jinshuijiahemaoyi |
| 83 | Joy M Cuyler |
| 84 | Keep Cooloo |
| 85 | keqililijiancaiyouxiangongsi |
| 86 | KeXiangMao |
| 87 | KingView |
| 88 | Koala M24 Art |
| 89 | Koala1995ART |
| 90 | Leona S McDonald |
| 91 | lidingmenchuang1 |
| 92 | lihaizhenus |

| 93 | LiRenHuWaiTuoZhanXunLian |
|---|---|
| 94 | litingzaifubaihuodian |
| 95 | liyunfeishangpu |
| 97 | LoveStar-Us |
| 98 | LoveYouself |
| 99 | LuckyWang |
| 100 | luyixiankaixinerbaihuodian |
| 100 | luyixiankaixinerbaihuodian |
| 101 | LydiaGarcia |
| 102 | ManZhenSaiShangMaoHang |
| 103 | Matthew A Recio |
| 104 | meinuomaoyi |
| 105 | MeiXianFeiYanBaiHuoDian |
| 106 | meng bao rui Official Store |
| 107 | mingcheshiye |
| 108 | minixtime |
| 111 | MMHZ |
| 112 | Montaella |
| 113 | MOTIVATEDVIBRANT |
| 114 | New 2020Good |
| 115 | NingBoYueXinGuoJiMaoYiYouXianGongSi |
| 116 | ninglingxianliangzuobaihuodian |
| 117 | ningyangbaihuo |
| 118 | niniaibaihuo |
| 119 | Noble Fujian Decoration Engineering |
| 120 | NotAngry |
| 121 | pengxiaomao |
| 122 | PhanHieu.189 |
| 123 | POTM |
| 124 | PPXXGG |
| 125 | QINEQINE |
| 126 | QingDaoHuiQianChengShangMaoYonGongSi |
| 128 | rui fu tu fu shi Official Store |
| 129 | Schnauzer0209 |
| 132 | SEVENHOLLOW |
| 133 | ShanDongYongEnShangMaoYouXianGongSi |
| 134 | shaneryihuanbaokeji48 |
| 135 | shengjiachenshangmao |
| 136 | shengwuzi |
| 136 | shengwuzi |
| 137 | SHENQINGWE |
| 138 | Shenzhen Baigongda Trading Co., Ltd. |
| 139 | shenzhenshilonggangqubantianpanbanshaokaodianshenz |
| 140 | ShiQiuDiMaoYiYouXianGongSi |
| 141 | shuoyandianzishangwu |

| 142 | SMPYXG |
| 143 | songjianjun |
| 144 | Songxue |
| 146 | Stevie N Kelly |
| 147 | SUNNEY RONG |
| 148 | Sunny rainy day |
| 149 | suzhouyouqiangdiaoshenghuoyongpinzhong |
| 150 | TaiNingXianShanChengZhenGongYangHuanBaiHuoDian |
| 151 | TaiYuanMiDouHunQingFuWuYouXianGongS |
| 152 | Tamjoo |
| 154 | taoyuanchaoshi |
| 155 | Techsourceoutdoor |
| 157 | Timinv |
| 158 | Toby D Rutherford |
| 159 | tongyanshengshangmao1 |
| 160 | TownCuian |
| 161 | Twinkle-Hope |
| 162 | Tyrone O Rodriguez |
| 163 | Valentine Betsy |
| 164 | Vhappy |
| 165 | VHJVQ |
| 168 | Warm spring |
| 169 | Wayne M Dykstra |
| 170 | WeiFangJiaXingJiXieYouXianGongSi |
| 171 | WeiXianGuangXingDianQiMaoYouXianGongSi |
| 172 | wind Flower Snow Moon |
| 173 | WODEBAOBEI |
| 174 | WZX4002863 |
| 176 | XGXX |
| 177 | Xiamen Yuxiangge Refrigeration Equipment Co. LTD |
| 178 | xiangyudianzishangwu |
| 179 | Xiao Ming Yan |
| 180 | XinGangZaiShengZiYuan |
| 181 | xiongdeidaba |
| 183 | xushanyang0213 |
| 184 | xvbfgjhfh |
| 184 | xvbfgjhfh |
| 185 | YANZ |
| 186 | Yi embroidery clothing store |
| 187 | Yibo engineering hoisting |
| 188 | Yiling22 |
| 189 | YoFipp SHOP |
| 190 | yongdingou chaoxianjibaihuodian |
| 191 | yongtengsujinshangmao |
| 192 | yongzhoulengshuitanquzeyuanshangmaoyouxiangonsi |

| 193 | YOOUNOE |
| 194 | Youdono1 |
| 195 | Yoursticker Store |
| 196 | YQRONG |
| 197 | YQUNLI |
| 198 | YuErDangZhiYe |
| 199 | YUPWEN |
| 200 | Zachariah A Chupp |
| 201 | ZhiFuQuJiangCuiBinXiaoChiDianZhiFuQuJiangCuiBinXia |
| 202 | zhongliangguojimaoyi |
| 204 | ZhouKouShiNiJiaShangMaoYouXianGongSi |
| 205 | ZiBoYingBeiTeDianZiKeJiYouXianGongSi |
| 206 | ZN05bpz8K |
| 207 | ZZF181203 |
| 208 | Binyu Co., Ltd store Store |
| 209 | Eason Textile Store |
| 210 | Enjoy Sun Shine |
| 211 | Fabulous Excllent Articles Store |
| 212 | Funnysports Store |
| 213 | giftmar Official Store |
| 214 | Healer's Socks Store |
| 215 | HOGO Store |
| 216 | imurugik Store |
| 217 | LELAKAYA Bag&Shoe Store |
| 218 | MarryCoco Store |
| 219 | ShareEzone DropShipping Store |
| 220 | Shop2807034 Store |
| 221 | Shop4285028 Store |
| 222 | Shop5009059 Store |
| 223 | Shop5584409 Store |
| 224 | Shop5838149 Store |
| 225 | Shop5877388 Store |
| 226 | Shop5940311 Store |
| 227 | Shop910372330 Store |
| 228 | Shop910765006 Store |
| 229 | Shop911086011 Store |
| 230 | Shop911119301 Store |
| 231 | Shop911123125 Store |
| 232 | Shop911253198 Store |
| 233 | Shop911573045 Store |
| 234 | squanch kigurumi Store |
| 235 | Starship Store |
| 236 | tidefree Store |
| 237 | trend corner Store |
| 238 | WECH Store |

| 239 | Xin Store |
| 240 | Yubeibei Digital Store |
| 241 | Z & Z STORE |